FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 MAY 12  P 1:54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**CHEX SYSTEMS, INC. and
FIDELITY NATIONAL
INFORMATION SERVICES, INC.,**

    **Plaintiffs,**

vs.                                                                                                   Case No. 3:15-cv-0001-HES-JRK

**DIRECT HORIZON BUSINESS
DEVELOPMENT GROUP INC.,**
a Georgia corporation, et al.,

    **Defendants.**
_____/

## ORDER

Before this Court is Plaintiffs' Third "Unopposed Motion for Extension of Time to Conduct Case Management Conference" (Doc. 34, filed May 11, 2015).

This Court previously granted two requests for a thirty (30) day extension to the parties to conduct the Case Management Conference and to file the Case Management Report. (Docs. 21, 27). The current deadline for the parties to conduct the Case Management Conference is May 11, 2015, and the corresponding deadline to file the Case Management Report is May 25, 2015. *Id.* However, Plaintiffs request a further thirty (30) day extension of these deadlines because they are engaged in ongoing settlement discussions with Defendants. Plaintiffs aver that this motion is brought in good faith and not for the purpose of delay.

Accordingly, it is hereby **ORDERED**:

1. Plaintiffs' Third "Unopposed Motion for Extension of Time to Conduct Case Management Conference" (Doc. 34, filed May 11, 2015) is **GRANTED**;

2. The parties shall have up to and including **June 10, 2015**, to conduct the Case Management Conference; and

3. The parties shall have up to and including **June 24, 2015**, to file the Case Management Report.

**DONE AND ENTERED** at Jacksonville, Florida, this 12th day of May, 2015.

*James R. Klindt*
JAMES R. KLINDT
UNITED STATES MAGISTRATE JUDGE

On behalf of:   HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Daniel M. Mahfood, Esq.
Emily Yandle Rottmann, Esq.
Robert Eric Bilik, Esq.
Edmund J. Gegan, Esq.
Eric Scott Kolar, Esq.